FLORENCE KNAPP, Appellant, *v.* ARTHUR A. KNAPP, Respondent.

Argued April 19, 1949; decided May 26, 1949.

*Horace S. Manges, Gabriel Kaslow, Jacob F. Raskin* and *Milton Haselkorn* for appellant.

*Joseph Leary Delaney, I. Maurice Wormser, Edward S. Menapace* and *Lee Feltman* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.